Michael MELENKA, Petitioner,

v.

DEPARTMENT OF THE TREASURY, Respondent.

No. 04–3133.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2004.

Before MICHEL, RADER, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.